UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKISHA GRANT,<br><br>               Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC.,<br><br>               Defendant. | CASE NO. C23-1946 MJP<br><br>ORDER GRANTING MOTION TO WAIVE LOCAL RULE 83.1(D)(2) |

       This matter comes before the Court on Plaintiff's Motion for an Order to Waive Local Rule 83.1(d)(2)'s requirement that local counsel maintain offices in the Western District of Washington. (Dkt. No. 2.) Having reviewed the Motion and supporting materials, the Court GRANTS the Motion. The Court finds good cause to deviate from the Local Rules' requirement given counsel's presence in Washington State, his admission to practice before this District, his representation that he will comply with all of the Local Rules, particularly in the role of local counsel, and his prior experience serving as local counsel in matters pending before this District.

Plaintiff's Washington counsel may proceed as local counsel for all purposes related to the <u>pro hac vice</u> applications of Christine Forsythe and Oliver Mitchell.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 2, 2024.

Marsha J. Pechman
United States Senior District Judge