The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKISHA GRANT,<br><br>                Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC,<br><br>                Defendant. | No. 2:23-cv-01946-MJP<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: JANUARY 9, 2024 |

THIS MATTER comes before the Court on the Joint Motion to Extend the Deadline to Respond to Plaintiff's Complaint filed by Plaintiff Lakisha Grant and Defendant T-Mobile USA, Inc. ("Defendant"). After considering the Joint Stipulated Motion, it is hereby ORDERED that the Motion is GRANTED. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to January 25, 2024.

\\

\\

\\

\\

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 1
(2:23-cv-01946-MJP)
4883-1474-2939v.1 0050033-007505

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO ORDERED.

Dated this 9th day of January, 2024.

*[signature]*

The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

*Presented by:*

| | |
|---|---|
| Riverside NW Law Group, PLLC<br>Attorney for Plaintiff | Davis Wright Tremaine LLP<br>Attorneys for Defendant |
| By *s/ Matthew Crotty*<br>   Matthew Crotty, WSBA # 39284<br>   905 West Riverside, Suite 208<br>   Spokane, WA 99201<br>   P: (509) 850-7011<br>   Email: mzc@rnwlg.com | By *s/ Portia Moore*<br>   Portia Moore, WSBA #13354<br><br>By *s/ Giancarlo Urey*<br>   Giancarlo Urey, WSBA #57898<br><br>By *s/ Katie Loberstein*<br>   Katie Loberstein, WSBA #51091<br><br>   920 Fifth Avenue, Suite 3300<br>   Seattle, WA  98104-1610<br>   P: (206) 622-3150<br>   F: (206) 757-7700<br>   Email: portiamoore@dwt.com<br>               giancarlourey@dwt.com<br>               katieloberstein@dwt.com |

The Forsythe Law Firm, LLC
Attorney for Plaintiff

By *s/ Christine A. Forsythe*
   Christine A. Forsythe
   1050 Crown Pointe Pkwy.
   Ste. 500
   Atlanta, Georgia 30328
   T: (404) 476.2717
   Email: christine@forsythelawfirm.com
   *pro hac vice pending*

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 2
(2:23-cv-01946-MJP)
4883-1474-2939v.1 0050033-007505

Davis Wright Tremaine LLP
Law Offices
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax