|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LAKISHA GRANT, | CASE NO. C23-1946 MJP |
| --- | --- |
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO AMEND |
| v. | |
| T-MOBILE USA, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion to Amend. (Dkt. No. 18.) Having reviewed the Motion, to which Defendant stipulates, and all relevant materials in the record, the Court GRANTS the Motion.

Plaintiff seeks leave to amend her complaint to include a "42 U.S.C. § 2000e-3(a), Title VII Retaliation claim against Defendant T-Mobile USA Inc. for involuntarily terminating the Plaintiff on March 20, 2024[.]" (Mot. at 1.) Under Rule 15(a), leave to amend should be liberally granted when justice so requires. Fed. R. Civ. P. 15(a)(2). Here, T-Mobile has stipulated to the amendment, and it appear to relate to facts that arose after the filing of the initial complaint. The

1 | Court finds that leave to amend should is proper. Additionally, Plaintiff filed this request before
2 | the deadline to amend the pleadings expired. (See Case Scheduling Order (Dkt. No. 17).) As
3 | such, the Court GRANTS the Motion. Plaintiff must file her amended complaint within 7 days of
4 | entry of this order.
5 |     The clerk is ordered to provide copies of this order to all counsel.
6 |     Dated April 15, 2024.

Marsha J. Pechman
United States Senior District Judge